**JUDGE KAPLAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ROBERTO ROSARIO,
    a/k/a "Roberto Ramirez,"
    a/k/a "Daniel Rosario,"
    a/k/a "Robert Robles,"
    a/k/a "Luis R. Rosario,"

                Defendant.

- - - - - - - - - - - - - - - x

INDICTMENT

07 Cr.

**07CRIM1190**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 7 2007

### COUNT ONE

The Grand Jury charges:

On or about November 5, 2007, in the Southern District of New York, ROBERTO ROSARIO, a/k/a "Roberto Ramirez," a/k/a "Daniel Rosario," a/k/a "Robert Robles," a/k/a "Luis R. Rosario," the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 19, 1990, in New York Supreme Court, Bronx County, for attempted sale of a controlled substance in the third degree, in violation of New York Penal Law 220.39(1), a Class C Felony, did possess in and affecting commerce, a firearm, to wit, a loaded Davis Industries Model 32 caliber automatic handgun, which previously had been shipped and transported in interstate

and foreign commerce.

    (Title 18, United States Code, Section 922(g)(1).)

_____       _____
FOREPERSON      MICHAEL J. GARCIA
                                                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERTO ROSARIO,
a/k/a "Roberto Ramirez,"
a/k/a "Daniel Rosario,"
a/k/a "Robert Robles,"
a/k/a "Luis R. Rosario,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.